**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

___

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10065-STA |
| TABEEL TYRONE PEARSON, ) | |
| Defendant. ) | |

___

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**
___

This cause came to be heard on February 2, 2018, Assistant United States Attorney, Beth Boswell, appearing for the Government and the defendant, Tabeel Tyrone Pearson, appearing in person, and with counsel, Jennifer Free.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, MAY 14, 2018 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 2nd day of February, 2018.

                                                        s/ S. Thomas Anderson
                                              CHIEF JUDGE, U. S. DISTRICT COURT